IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00346-MR-WCM

| | |
|---|---|
| BUDDY J. JONES | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ALBEMARLE CORPORATION | ) |
| Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Angela B. Cummings. The Motion indicates that Ms. Cummings, a member in good standing of the Bar of this Court, is local counsel for Albemarle Corporation and that she seeks the admission of Maria B. Biaggi, who the Motion represents as being a member in good standing of the Bar of the State of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Maria B. Biaggi to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 11, 2021

W. Carleton Metcalf
United States Magistrate Judge